UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT EVANS,

Plaintiff,

v.

THE HOME DEPOT, INC.,

Defendant.

Case No. 26-cv-02395-RFL

**ORDER REMANDING CASE AND TERMINATING MOTION TO DISMISS**

Re: Dkt. Nos. 32, 38

The Home Depot, Inc. removed this pixel case from state court. The Court identified a potential lack of subject-matter jurisdiction, as the operative complaint did not seem to plausibly allege standing, and ordered Home Depot to show cause why this case should not be remanded. (Dkt. No. 38.) Home Depot did not defend Scott Evans's standing, instead saying it "defers to the Court as to whether . . . Plaintiff lacks Article III standing." (Dkt. No. 39 at 3.) As a result, it has not met its burden to establish standing. *See Tailford v. Experian Info. Sols., Inc.*, 26 F.4th 1092, 1099 (9th Cir. 2022). In any event, although Evans alleges that pixels were used to create user profiles, the operative complaint does not plausibly allege that those profiles either contain his sensitive information or are so comprehensive in the level of detail about his shopping habits that they became sensitive. *See Smith v. Rack Room Shoes, Inc.*, No. 24-CV06709-RFL, 2026 WL 2825524, at *5 (N.D. Cal. Sept. 21, 2026). The operative complaint's allegations are therefore insufficient to support Evans's Article III standing.

Home Depot requests dismissal rather than remand, but it has not shown that there is "*absolute certainty* that the state court would dismiss the action following remand." *See Penning v. Albertsons Cos., Inc.*, No. 26-CV-04340-JSC, 2026 WL 2519311, at *1 (N.D. Cal. Aug. 26,

2026) (citation omitted). Evans's lack of Article III standing does not necessarily mean he lacks statutory standing. Accordingly, this case is **REMANDED** to the Superior Court of California, County of San Mateo. Home Depot's motion to dismiss (Dkt. No. 32) is **TERMINATED**. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 23, 2026

RITA F. LIN
United States District Judge